| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: Specialized Loan Servicing LLC | **Order Filed on October 1, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No:   20-12991 ABA<br><br>Chapter: 13 |
| In Re:<br><br>Amanda W. Hill,<br><br>      DEBTOR. | Judge: Andrew B. Altenburg, Jr. |

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 1, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor:        Amanda W. Hill
Case No.:      20-12991 ABA
Caption:       **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Specialized Loan Servicing LLC, holder of a mortgage on real property known as 28 Winding Way, Mullica Hill, NJ, 08062, with the consent of Jill T. Bryan, Esq., counsel for the Debtor, Amanda W. Hill,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall file a proof of claim within thirty (30) days of the date the parties execute this order; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim shall be deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:      Dated:   10/01/2020

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:      Dated:   10/01/2020

*/s/ Jill T. Bryan*
JILL T. BRYAN, ESQ., ATTORNEY FOR DEBTOR