| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for: Specialized Loan Servicing LLC |
| In Re:<br><br>Amanda W. Hill,<br><br>    DEBTOR. |

Order Filed on October 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:    20-12991 ABA

Chapter: 13

Judge: Andrew B. Altenburg, Jr.

## CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 1, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor:      Amanda W. Hill
Case No.:    20-12991 ABA
Caption:     **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Specialized Loan Servicing LLC, holder of a mortgage on real property known as 28 Winding Way, Mullica Hill, NJ, 08062, with the consent of Jill T. Bryan, Esq., counsel for the Debtor, Amanda W. Hill,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall file a proof of claim within thirty (30) days of the date the parties execute this order; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim shall be deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:        Dated:   10/01/2020

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:        Dated:   10/01/2020

*/s/ Jill T. Bryan*
JILL T. BRYAN, ESQ., ATTORNEY FOR DEBTOR

United States Bankruptcy Court

District of New Jersey

In re: | Case No. 20-12991-ABA
Amanda W. Hill | Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1
Date Rcvd: Oct 02, 2020     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2020:**

**Recip ID**     **Recipient Name and Address**
db     + Amanda W. Hill, 28 Winding Way, Mullica Hill, NJ 08062-2516

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2020     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2020 at the address(es) listed below:

**Name**     **Email Address**

Denise E. Carlon
    on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jill T. Bryan
    on behalf of Debtor Amanda W. Hill jtb.assistant1@verizon.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5