**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Amanda W. Hill | Social Security number or ITIN   xxx–xx–1268 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   20–12991–ABA

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Amanda W. Hill

4/10/25

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 20-12991-ABA

Amanda W. Hill                                                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                   User: admin                                            Page 1 of 3

Date Rcvd: Apr 10, 2025                          Form ID: 3180W                                   Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amanda W. Hill, 28 Winding Way, Mullica Hill, NJ 08062-2516 |
| 518727406 | + | Delaware Dept. of Transportation, c/o Professional Account Management, LLC, PO Box 3032, Milwaukee, WI 53201-3032 |
| 518727410 | + | Jonathan Hill, 28 Winding Way, Mullica Hill, NJ 08062-2516 |
| 518727409 | + | Jonathan Hill, 28 Windinig Way, Mullica Hill, NJ 08062-2516 |
| 518727411 | + | Meridian, 9 Old Lincoln Highway, Malvern, PA 19355-2551 |
| 518979256 | + | SPECIALIZED LOAN SERVICING LLC, KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 519796142 | | Wells Fargo N.A. Servicing Center, MAC Q21232-023 POB 94423, Albuquerque, NM 87199 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 10 2025 21:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 10 2025 21:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | ^ | MEBN | Apr 10 2025 21:25:32 | Specialized Loan Servicing, LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518727400 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 10 2025 21:30:00 | Acura Financial Services, PO Box 65507, Wilmington, DE 19808 |
| 518732792 | | Email/Text: ebnbankruptcy@ahm.honda.com | Apr 10 2025 21:30:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518727401 | + | Email/PDF: bncnotices@becket-lee.com | Apr 10 2025 21:50:20 | American Express, PO Box 981535, El Paso, TX 79998-1535 |
| 518727402 | | EDI: BANKAMER | Apr 11 2025 01:02:00 | Bank of America, PO Box 982234, El Paso, TX 79998-2234 |
| 518766939 | + | EDI: BANKAMER2 | Apr 11 2025 01:02:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518727403 | | EDI: CAPITALONE.COM | Apr 11 2025 01:02:00 | Capital One, Bankruptcy Dept., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518746725 | + | EDI: AIS.COM | Apr 11 2025 01:02:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518727404 | + | EDI: JPMORGANCHASE | Apr 11 2025 01:02:00 | Chase Bank, PO Box 15298, Wilmington, DE 19850-5298 |
| 518727405 | + | EDI: CITICORP | | |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: Apr 10, 2025 | Form ID: 3180W | Total Noticed: 37

| | | | |
|---|---|---|---|
| | | Apr 11 2025 01:02:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 518727407 | EDI: DISCOVER | Apr 11 2025 01:02:00 | Discover Bank, PO Box 30943, Salt Lake City, UT 84130 |
| 518740203 | EDI: DISCOVER | Apr 11 2025 01:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519695932 | Email/Text: ECMCBKNotices@ecmc.org | Apr 10 2025 21:29:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 518727408 | EDI: IRS.COM | Apr 11 2025 01:02:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518782125 | + Email/Text: RASEBN@raslg.com | Apr 10 2025 21:28:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518727412 | + EDI: MAXMSAIDV | Apr 11 2025 01:02:00 | Navient US DOE Loan Servicing, PO Box 9635, Wilkes-Barre, PA 18773-9635 |
| 520472906 | + Email/Text: mtgbk@shellpointmtg.com | Apr 10 2025 21:28:00 | NewRez LLC DBA Shellpoint Mortgage, Servicing, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826, NewRez LLC DBA Shellpoint Mortgage 29603-0826 |
| 520472905 | Email/Text: mtgbk@shellpointmtg.com | Apr 10 2025 21:28:00 | NewRez LLC DBA Shellpoint Mortgage, Servicing, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 518813744 | Email/Text: inveniobkt@phillips-cohen.com | Apr 10 2025 21:29:00 | PCA Acquisition V, LLC c/o, Phillips & Cohen Associates, LTD, 1002 Justison Street, Wilmington DE 19801 |
| 518800675 | EDI: Q3G.COM | Apr 11 2025 01:02:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 518727414 | Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 10 2025 21:29:00 | Specialized Loan Servicing, 8742 Lucent Blvd, Suite 300, Highlands Ranch, CO 80129 |
| 518727413 | ^ MEBN | Apr 10 2025 21:25:38 | Selip and Stylianou, 10 Forest Avenue, Suite 300, Paramus, NJ 07652-5238 |
| 518983315 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Apr 10 2025 21:29:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518727415 | + EDI: SYNC | Apr 11 2025 01:02:00 | Synchrony Bank, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 518730579 | ^ MEBN | Apr 10 2025 21:24:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518727416 | + Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 10 2025 21:39:35 | Wells Fargo, PO Box 10347, Des Moines, IA 50306-0347 |
| 518746132 | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Apr 10 2025 21:39:19 | Wells Fargo Bank, N.A., 435 Ford Road, Suite 300, St. Louis Park, MN 55426-4927 |
| 518816900 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 10 2025 21:50:33 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518727417 | ##+ | Weltman Weinberg & Reis, 170 S. Independence Mall W, Suite 874W, Philadelphia, PA 19106-3334 |

District/off: 0312-1                                    User: admin                                    Page 3 of 3
Date Rcvd: Apr 10, 2025                                 Form ID: 3180W                                Total Noticed: 37
TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2025                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing  LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jill T. Bryan | on behalf of Debtor Amanda W. Hill jtb.assistant1@verizon.net |
| Laura M. Egerman | on behalf of Creditor Newrez LLC d/b/a Shellpoint Mortgage Servicing laura.egerman@mccalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8